MILTON KRETSCH, PETITIONER-PETITIONER, v. HOMO-
GENETTE, INC., RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate
Division.

*Messrs. Zarin & Yormark* and *Mr. Samuel E. Bass* for the
petitioner.

*Mr. Isidor Kalisch* for the respondent.

July 3, 1964. ▮▮▮▮

IRA A. LEVY, PLAINTIFF-PETITIONER, v. BOARD OF AD-
JUSTMENT OF THE TOWNSHIP OF LIVINGSTON, *ET
AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Ira A. Levy, pro se.*

*Mr. Peter B. Cooper* and *Messrs. Hannoch, Weisman,
Myers, Stern & Besser* for the respondents.